**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-7656**

_____

In Re: ROBERT CALVIN CRAIG, JR.,

Petitioner.

_____

On Petition for Writ of Error Coram Nobis.
(CA-95-182)

_____

Submitted: March 25, 1999          Decided: March 31, 1999

_____

Before WILKINS and MOTZ, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Robert Calvin Craig, Jr., Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Calvin Craig, a North Carolina inmate, petitions for a writ of error coram nobis in an effort to obtain relief from a prefiling injunction and fine imposed because of his repeatedly filing frivolous actions. Coram nobis is an extraordinary remedy to be used to remedy the most fundamental errors in a conviction after a sentence has been served. See United States v. Mandel, 862 F.2d 1067, 1075 (4th Cir. 1988). Craig's petition does not satisfy these criteria, and we therefore deny the petition. We deny the motions to proceed in forma pauperis, to expedite, and to strike, and we dispense with oral argument because the facts and legal arguments are adequately presented in the materials before the court, and argument would not significantly aid the decisional process.

PETITION DENIED

2